IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

ROBERT HEARD,                    )
                                 )
        Plaintiff,                )
                                 )
v.                               )   CV 106-020
                                 )
FNU PINDA, Doctor, et al.,        )
                                 )
        Defendants.               )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. The Magistrate Judge recommended that Plaintiff's claim concerning his general conditions of confinement be dismissed. (Doc. no. 21). He also recommended that Defendants FNU Williams, FNU Allen, FNU Jackson, and the Commissioner of the Georgia Department of Corrections be dismissed from this case. (Id.).

First, Plaintiff objects to the dismissal of his general conditions of confinement claim. (Doc. no. 23). Plaintiff maintains that it was improper for the Magistrate Judge to recommend dismissal of this claim because an Eighth Amendment violation occurs when punishment without cause occurs. (Id. at 1). Notably, the Magistrate Judge does not state that there is no such Eighth Amendment cause of action; rather, the Magistrate Judge determined that the allegations made by Plaintiff did not rise to the level of an Eighth Amendment violation. (Doc. no. 21, pp. 5-6). Plaintiff does not offer any new information

that contradicts the Magistrate Judge's finding that a short period of incarceration where Plaintiff was presumably without his toothbrush, underwear, shoes, or bedding does not violate the Eighth Amendment. Therefore, Plaintiff's objection is **OVERRULED**.

Additionally, Plaintiff clarified that Defendants Pinda and Bennett are located at Georgia State Prison in Reidsville, Georgia. (Doc. no. 23). Thus, Plaintiff's claims brought against these Defendants properly belong in the Statesboro Division of the Southern District of Georgia.

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claim concerning his general conditions of confinement is **DISMISSED,** and Defendants FNU Williams, FNU Allen, FNU Jackson, and the Commissioner of the Georgia Department of Corrections are **DISMISSED** from this case. The remaining claims in the above-captioned case, raised against Defendants Pinda and Bennett for events that occurred at Georgia State Prison are hereby **TRANSFERRED** to the Statesboro Division and assigned Civil Action Number **CV609-068**. Plaintiff should be aware that all future filings in that cases should be made with the Clerk, U.S. District Court, Post Office Box 8286, Savannah, Georgia 31412.

SO ORDERED this 16 day of July, 2009.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA